UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALVARADO SIFUENTES,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CHILD SUPPORT SERVICES KINGS COUNTY, et al.,<br><br>Defendants. | Case No. 1:23-cv-00624-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT PARKER STANDBURY LLP<br><br>(ECF No. 36). |

  This matter is before the Court on Plaintiff's notice of voluntary dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as to Defendant Parker Standbury LLP. (ECF No. 36). As Defendant Parker Standbury LLP has not filed an answer or a motion for summary judgment, and in light of the voluntary dismissal, Plaintiff's claims against Defendant Stanbury LLP are terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and have been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

\\\
\\\
\\\
\\\
\\\
\\\

1

Accordingly, the Clerk of Court is respectfully directed to terminate as pending all hearings and deadlines related to Defendant Parker Stansbury's motion to quash summons (ECF No. 32).

IT IS SO ORDERED.

Dated: **June 16, 2023**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE